**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 6, 2011, counsel served a true and correct copy of the Court's Docket Entry and Order (July 6, 2011, ECF No. 12) on the moving John Doe defendant at the provided e-mail address, "Concernedjohndoe13@yahoo.com."

/s/ John Steele
JOHN STEELE